UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUNNY SOUL LLC,<br><br>      Plaintiff,<br><br> v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A,"<br><br>      Defendants. | Case No. 24-cv-5449<br><br>Hon. Steven Seeger |

## FINAL JUDGMENT ORDER

This Court hereby enters final judgment in favor of Plaintiff Funny Soul LLC and against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (the "Defendant Internet Stores"), as follows.

This Court finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*). The PLAINTIFF Trademark is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 6,492,738 | FTOPUDV | IC: 25 - Bras; Gloves; Hats; Headwear; Hosiery; Infantwear; Loungewear; Swimwear; Underclothes; Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Dressing gowns and bath robes; Formalwear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; Men's suits, women's suits; Skirts and dresses; Women's hats and hoods |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C.

§ 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Pursuant to 15 U.S.C. § 1117(c)(2), PLAINTIFF is awarded statutory damages from each of the Defaulting Defendants in the amount of $2,000.00 (two thousand dollars) for willful use of counterfeit PLAINTIFF Trademark on products sold through at least the Defendant Internet Stores.

Plaintiff may enforce this final judgment as contemplated by the Federal Rules of Civil Procedure.

Date: January 16, 2025

Steven C. Seeger
United States District Judge

## Schedule A

| No. | URL | Defendant / Seller Alias / Domain Name |
|---|---|---|
| 1 | https://www.amazon.com/dp/B0CPF5MNQ3/ref=sr_1_133?keywords=FTOPudv%27s&qid=1701748209&sr=8-133&th=1&psc=1 | houxinyujk |
| 2 | https://www.amazon.com/LONSY-Mens-Hoodie-Colorful-Confidence/dp/B0CP9N8BBN/ref=sr_1_83?keywords=FTOPudv%27s&qid=1701528791%E2%80%A6 | LIzailin |
| 3 | https://www.amazon.com/dp/B0CP9QHQP1/ref=twister_B0CP9PZP83?th=1&psc=1 | tongshanxianchaojiebaihuolingshoujingyingbu |
| 4 | https://www.amazon.com/dp/B0CRDQNY8W/ref=twister_B0CRDNN1V9?th=1&psc=1 | Wmei190063MmanM |
| 5 | https://www.amazon.com/dp/B0CRF43SZ5/ref=sr_1_227?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704339398&sprefix=ftopudv%E2%80%A6 | LIUao |
| 6 | https://www.amazon.com/dp/B0CRGZ455K/ref=sr_1_242?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704358516&sprefix=ftopudv%E2%80%A6 | laohekoushideyueaodianzishangwugongzuoshi |
| 7 | https://www.amazon.com/dp/B0CR3JN61P/ref=twister_B0CR3W5HM4?th=1&psc=1 | liuaosong |
| 8 | https://www.amazon.com/Hubadaiog-FTOPudvs-Adventure-Awaits-Outerwear/dp/B0CR3ZHSP8/ref=sr_1_230?crid=2XDHTF1HFF5RF&keyword%E2%80%A6 | JIANbin |
| 9 | https://www.amazon.com/JIOPLAY-Jetsetters-Choice-Travel-Ready-Bk-1-Small/dp/B0CR4BCS6H/ref=sr_1_291?crid=2XDHTF1HFF5RF&keywor%E2%80%A6 | LiaoMingBo2000 |
| 10 | https://www.amazon.com/ARASMO-Street-Style-Icon-FTOPudvs/dp/B0CQSXWMRV/ref=sr_1_207?crid=2XDHTF1HFF5RF&keywords=FTOPud%E2%80%A6 | gaozsiqiang |
| 11 | https://www.amazon.com/ARASMO-Street-Style-Icon-FTOPudvs/dp/B0CQTC2Y95/ref=sr_1_208?crid=2XDHTF1HFF5RF&keywords=FTOPudv%E2%80%A6 | Wyun022012HshaY |
| 12 | https://www.amazon.com/dp/B0CP9WV4QB/ref=sr_1_89?keywords=FTOPudv%27s&qid=1701531727&sr=8-89&th=1&psc=1 | YANting |
| 13 | https://www.amazon.com/dp/B0CPQ1KF1Z/ref=twister_B0CPPZ2CQY?th=1&psc=1 | tongshanxianhaoshenbaihuodian |

| | | |
|---|---|---|
| 14 | https://www.amazon.com/dp/B0CRF7YVZS/ref=sr_1_284?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704339688&sprefix=ftopudv%E2%80%A6 | XuYongShun1978 |
| 15 | https://www.amazon.com/dp/B0CP9F7DNB/ref=sr_1_81?keywords=FTOPudv%27s&qid=1701528791&sr=8-81&th=1&psc=1 | guangzhoutuandashangmaoyouxiangongsi |
| 16 | https://www.amazon.com/dp/B0CP9MQ3RL/ref=twister_B0CP9N7GZW?th=1&psc=1 | tongshanxiancongsibaihuoyingyebu |
| 17 | https://www.amazon.com/dp/B0CRDX9B74/ref=sr_1_268?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704339688&sprefix=ftopudv%E2%80%A6 | dingyishangmaodian |
| 18 | https://www.amazon.com/NEMAA-FtopudvS-Vibrant-Layers-1-Medium/dp/B0CPB8J9MT/ref=sr_1_28?crid=2O1QGXZ5N8DPQ&keywords=FTOP%E2%80%A6 | ZouXiaoQin1980 |
| 19 | https://www.amazon.com/dp/B0CPBBH1LC/ref=twister_B0CPBJ2N78?th=1&psc=1 | Ycai177419Cchi |
| 20 | https://www.amazon.com/dp/B0CR75T3ZJ/ref=twister_B0CR76WRZS?th=1&psc=1 | DongWanJun1980 |
| 21 | https://www.amazon.com/yililk-Realistic-Pullover-Sweatshirt-Black1-Medium/dp/B0CQL87BDG/ref=sr_1_291?crid=2XDHTF1HFF5RF&keywords=%E2%80%A6 | laohekoushizhenzhangjiedianzishangwugongzuoshi |
| 22 | https://www.amazon.com/ixqekuc-Fashion-FTOPudvs-Pullovers-Sweatshirt/dp/B0CP869NR3/ref=sr_1_36?crid=3SF8872CRDQYT&keywords=FT%E2%80%A6 | CKk Fashion |
| 23 | https://www.amazon.com/BIDSNUAS-Distinctive-FTOPudvs-Fashion-Outerwear/dp/B0CP87VNJP/ref=sr_1_34?crid=3SF8872CRDQYT&keyword%E2%80%A6 | Pandihe |
| 24 | https://www.amazon.com/dp/B0CP88LVTK/ref=twister_B0CP8DPMJN?th=1&psc=1 | J1s9e0nP0EH0w5u7G |
| 25 | https://www.amazon.com/dp/B0CRDRS8Y4/ref=sr_1_250?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704281958&sprefix=ftopudv%E2%80%A6 | JiangWenHong |
| 26 | https://www.amazon.com/dp/B0CRDRRT9R/ref=sr_1_248?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704281958&sprefix=ftopud%E2%80%A6 | LiangShengMing |
| 27 | https://www.amazon.com/dp/B0CRDR7MGQ/ref=sr_1_249?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704281958&sprefix=ftopu%E2%80%A6 | LiaoYunBing1978 |
| 28 | https://www.amazon.com/dp/B0CRGZ4DZ9/ref=sr_1_264?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704358854&sprefix=ftopudv%E2%80%A6 | tongshanxianshenmengbaihuopu |

| | | |
|---|---|---|
| 29 | https://www.amazon.com/dp/B0CRDSWV55/ref=sr_1_247?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704281958&sprefix=ftopud%E2%80%A6 | XuKe1989 |
| 30 | https://www.amazon.com/dp/B0CRDV1ZHD/ref=sr_1_246?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704281958&sprefix=ftopud%E2%80%A6 | XieJianLi1971 |
| 31 | https://www.amazon.com/Lyrwihn-FTOPudvs-Athletic-Collection-Black-1-X-Large/dp/B0CP9MPMC9/ref=sr_1_69?keywords=FTOPudv%27s&qid%E2%80%A6=undefined&th=1 | KONGxiaoyin |
| 32 | https://www.amazon.com/ATHER-FTOPudvs-Classic-Jackets-1-Medium/dp/B0CP9PBGSV/ref=sr_1_55?keywords=FTOPudv%27s&qid=1701542%E2%80%A6 | tongshanxianfanyunbaihuolingshoudian |
| 33 | https://www.amazon.com/Lyrwihn-FTOPudvs-Resilient-Jackets-Pullover/dp/B0CP9N3QDV/ref=sr_1_57?keywords=FTOPudv%27s&qid=1701541%E2%80%A6 | yunchengshichenwanshangmaojingyingbu |
| 34 | https://www.amazon.com/WAYASDCU-FTOPudvs-Urban-Edge-Redefined/dp/B0CP9JY93M/ref=sr_1_68?keywords=FTOPudv%27s&qid=170154%E2%80%A6 | wangpuge454 |
| 35 | https://www.amazon.com/dp/B0CP9R5SM4/ref=sr_1_72?keywords=FTOPudv%27s&qid=1701531727&sr=8-72&th=1&psc=1 | wuhushisunwangshangmaojingyingbu |
| 36 | https://www.amazon.com/dp/B0CQPNSBWC/ref=twister_B0CQQFRS79?th=1&psc=1 | GuMaoCai |
| 37 | https://www.amazon.com/dp/B0CRH6V75K/ref=sr_1_241?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704341620&sprefix=ftopudv%E2%80%A6 | HONGhao |
| 38 | https://www.amazon.com/dp/B0CRDY7W8D/ref=sr_1_248?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704338545&sprefix=ftopud%E2%80%A6 | WEIbie |
| 39 | https://www.amazon.com/dp/B0CRDYWRK4/ref=sr_1_245?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704338545&sprefix=ftopud%E2%80%A6 | LiaoChunHua1984 |
| 40 | https://www.amazon.com/Bxjirdcip-FTOPudvs-Urban-Edge-Redefined/dp/B0CP8QDKDQ/ref=sr_1_71?keywords=FTOPudv%27s&qid=17015597%E2%80%A6 | LENGXin |
| 41 | https://www.amazon.com/crokz-Effortless-Edge-Distinctive-T1-XX-Large/dp/B0CQWPXJ16/ref=sr_1_196?crid=2XDHTF1HFF5RF&keywords=FT%E2%80%A6 | jiujiangliangtonghanshangmaoyouxiangongsi |

| | | |
|---|---|---|
| 42 | https://www.amazon.com/crokz-Cityscape-Mastery-FTOPudvs-Z1-X-Large/dp/B0CQWDLG5Z/ref=sr_1_214?crid=2XDHTF1HFF5RF&keywords=%E2%80%A6 | LiuXiangYang74 |
| 43 | https://www.amazon.com/dp/B0CQWQFS8S/ref=twister_B0CQWLRQJ9?th=1&psc=1 | MAyue |
| 44 | https://www.amazon.com/ULUCAN-Effortless-Layering-Outerwear-V1-X-Large/dp/B0CQYVWQ15/ref=sr_1_249?crid=2XDHTF1HFF5RF&keywor%E2%80%A6 | LEIling |
| 45 | https://www.amazon.com/crokz-Day-Night-Effortlessness-Versatile/dp/B0CR7XVPNP/ref=sr_1_267?crid=2XDHTF1HFF5RF&keywords=FTOPud%E2%80%A6 | XuYongTai1998 |
| 46 | https://www.amazon.com/crokz-Smart-Casual-Chic-FTOPudvs-N1-XX-Large/dp/B0CR7P1ML2/ref=sr_1_280?crid=2XDHTF1HFF5RF&keywords%E2%80%A6 | tongshanxianyansongbaihuopu |
| 47 | https://www.amazon.com/dp/B0CP8W6W4M/ref=twister_B0CP918HDT?th=1&psc=1 | tongshanxianxingtingbaihuodian |
| 48 | https://www.amazon.com/dp/B0CRH35655/ref=sr_1_194?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704359398&sprefix=ftopudv%E2%80%A6 | 堃玟信息科技 |
| 49 | https://www.amazon.com/dp/B0CRGYQB4L/ref=sr_1_209?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704359398&sprefix=ftopudv%E2%80%A6 | HeMingDa |
| 50 | https://www.amazon.com/dp/B0CRH4F5Q6/ref=sr_1_208?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704359398&sprefix=ftopudv%E2%80%A6 | laohekoushihanwanghedianzishangwugongzuoshi |
| 51 | https://www.amazon.com/crokz-Effortless-Edge-Distinctive-black1-Small/dp/B0CR7NXD5M/ref=sr_1_138?crid=2XDHTF1HFF5RF&keywords=FT%E2%80%A6 | XueTing1978 |
| 52 | https://www.amazon.com/crokz-Signature-Sophistication-Emblematic-black01-X-Large/dp/B0CR7QKXXR/ref=sr_1_174?crid=2XDHTF1HFF5RF&%E2%80%A6 | yunchengshipingchengshangmaojingyingbu |
| 53 | https://www.amazon.com/Grarro-CraftsmanS-Touch-Artisan-Jackets/dp/B0CQKF1G8S/ref=sr_1_202?keywords=FTOPudv%27s&qid=170309252%E2%80%A6 | wuhushizhangcanshangmaoyouxiangongsi |
| 54 | https://www.amazon.com/Grasky-GlobetrotterS-Essential-FtopudvS-Travel-Friendly/dp/B0CQKCSD61/ref=sr_1_193?keywords=FTOPudv%27s&%E2%80%A6 | MIwan |

| | | |
|---|---|---|
| 55 | https://www.amazon.com/Grarro-Casual-Elegance-Refined-Sophistication/dp/B0CQKDM73H/ref=sr_1_201?keywords=FTOPudv%27s&qid=1703%E2%80%A6 | LIjing |
| 56 | https://www.amazon.com/Kayjae-Effortless-Edge-Distinctive-Outerwear/dp/B0CQKH5VGW/ref=sr_1_202?keywords=FTOPudv%27s&qid=170308%E2%80%A6 | ChenXiaoRong1975 |
| 57 | https://www.amazon.com/Kayjae-Weekday-Warrior-Chic-Essentials/dp/B0CQKHMVTB/ref=sr_1_200?keywords=FTOPudv%27s&qid=170308691%E2%80%A6 | HuanYun112 |
| 58 | https://www.amazon.com/Grasky-Layered-Luxury-FtopudvS-Stylish/dp/B0CQKFGV68/ref=sr_1_197?keywords=FTOPudv%27s&qid=1703088310%E2%80%A6 | XUTENGyu |
| 59 | https://www.amazon.com/Kayjae-GlobetrotterS-Essential-FtopudvS-Travel-Friendly/dp/B0CQPKPMYK/ref=sr_1_206?crid=2XDHTF1HFF5RF&ke%E2%80%A6 | DaiQingSong1996 |
| 60 | https://www.amazon.com/dp/B0CRDX5MJF/ref=sr_1_291?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704359954&sprefix=ftopudv%E2%80%A6 | ZhangQiang2041 |
| 61 | https://www.amazon.com/dp/B0CRDWWVJQ/ref=sr_1_294?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704360174&sprefix=ftopu%E2%80%A6 | WangShuangBin530 |
| 62 | https://www.amazon.com/SOYDAN-Globetrotters-Essential-FTOPudvs-Travel-Friendly/dp/B0CPD3TMZT/ref=sr_1_106?crid=2O1QGXZ5N8DPQ%E2%80%A6 | HANxianJ |
| 63 | https://www.amazon.com/yukort-Casual-Elegance-FTOPudv-Fashion/dp/B0CPD3ZPPP/ref=sr_1_103?crid=2O1QGXZ5N8DPQ&keywords=FTOP%E2%80%A6 | laohekoushidaixindianzishangwugongzuoshi |
| 64 | https://www.amazon.com/dp/B0CPD31592/ref=twister_B0CPD82YW5?th=1&psc=1 | L2j2u4Y6RC2z1h0iY |
| 65 | https://www.amazon.com/CFFS-Colorful-Confidence-FTOPudvs-Vibrant/dp/B0CQKFTF8L/ref=sr_1_111?crid=2XDHTF1HFF5RF&keywords=FTO%E2%80%A6 | laohekoushidonghudianzishangwugongzuoshi |
| 66 | https://www.amazon.com/nlhhear-Sophisticated-Sportswear-FTOPudvs-Athletic/dp/B0CPD2ZKHH/ref=sr_1_110?crid=2O1QGXZ5N8DPQ&keywo%E2%80%A6 | guo fasion |

| | | |
|---|---|---|
| 67 | https://www.amazon.com/dp/B0CRBMJMR8/ref=twister_B0CRBKR879?th=1&psc=1 | laohekoushiyingdaicaidianzishangwugongzuoshi |
| 68 | https://www.amazon.com/Qav-FTOPudv-Fashionable-Pullover-Sweatshirt/dp/B0CQRFYK5T/ref=sr_1_220?keywords=FTOPudv&qid=170349752%E2%80%A6 | weijia0hao |
| 69 | https://www.amazon.com/dp/B0CQR8964W/ref=sr_1_218?keywords=FTOPudv&qid=1703231347&sr=8-218&th=1&psc=1 | Jying247115YxieX |
| 70 | https://www.amazon.com/ZWC-FTOPudv-Hoodie-Sweatshirts-Hoodies/dp/B0CQPLFH5B/ref=sr_1_216?keywords=FTOPudv&qid=1703231347&… | renjinru |
| 71 | https://www.amazon.com/Pipixian-Drawstring-Pullover-Sweatshirts-Black1-Small/dp/B0CQPN1H5D/ref=sr_1_203?keywords=FTOPudv&qid=170… | zhang021264xin1102jia |
| 72 | https://www.amazon.com/Wdyxhno-Sweatshirt-Drawstring-Pullover-Sweatshirts/dp/B0CQPKVDQZ/ref=sr_1_231?keywords=FTOPudv&qid=1703… | zhang267226xin050326yue |
| 73 | https://www.amazon.com/gfmd-Sweatshirt-Drawstring-Sweatshirts-Black1-XX-Large/dp/B0CQPJ5DX3/ref=sr_1_235?keywords=FTOPudv&qid=1… | wang128083jia041012xue |
| 74 | https://www.amazon.com/dp/B0CQQCR4PV/ref=sr_1_207?keywords=FTOPudv&qid=1703259330&sr=8-207&th=1&psc=1 | zhangjiani66 |
| 75 | https://www.amazon.com/dp/B0CR9ZWXGV/ref=sr_1_242?keywords=FTOPudv&qid=1704268554&sr=8-242&th=1&psc=1 | haokangbindianzishangwuyouxiangongsi |
| 76 | https://www.amazon.com/Lepmbt-FTOPudv-Versatile-Hoodies-Sweatshirt/dp/B0CR37QRCS/ref=sr_1_257?keywords=FTOPudv&qid=170412159… | lilanyushop |
| 77 | https://www.amazon.com/dp/B0CQYL77W8/ref=sr_1_234?crid=22JR8ST7APGB0&keywords=FTOPudv&qid=1703672325&sprefix=ftopudv%2C… | Mzhen270037FtingG |
| 78 | https://www.amazon.com/dp/B0CQYGKMQ7/ref=sr_1_221?keywords=FTOPudv&qid=1703586190&sr=8-221&th=1&psc=1 | Fjing023946XzhenY |
| 79 | https://www.amazon.com/gp/product/B0CR5KXX43/ref=twister_dp_update?ie=UTF8&psc=1&redirect=true | Mmai300612BmoH |

| | | |
|---|---|---|
| 80 | https://www.amazon.com/dp/B0CQYKWCDF/ref=sr_1_213?keywords=FTOPudv&qid=1703597011&sr=8-213&th=1&psc=1 | guo091923feng971009mei |
| 81 | https://www.amazon.com/gp/product/B0CR3MNG9D/ref=twister_dp_update?ie=UTF8&psc=1&redirect=true | lipengfeigf |
| 82 | https://www.amazon.com/gp/product/B0CQV18DWV/ref=twister_dp_update?ie=UTF8&redirect=true&th=1&psc=1 | hujunshuai |
| 83 | https://www.amazon.com/bpcqdr-FTOPudv-Fashionable-Sweatshirt-Black-XX-Large/dp/B0CR1RB1V1/ref=sr_1_240?keywords=FTOPudv&qid=1… | bumaremumaihaimu |
| 84 | https://www.amazon.com/dp/B0CQYG8B3D/ref=sr_1_204?keywords=FTOPudv&qid=1703599905&sr=8-204&th=1&psc=1 | zhangguoying34 |
| 85 | https://www.amazon.com/PGBKR-Polyester-Pullover-Sweatshirt-Black-XX-Large/dp/B0CQYBXZQZ/ref=sr_1_256?keywords=FTOPudv&qid=170… | xing035192yun030303duan |
| 86 | https://www.amazon.com/Cxrazyworm-Ftopudv-Contracted-Classical-Sweatshirt/dp/B0CQTZFWK6/ref=sr_1_245?keywords=FTOPudv&qid=170… | Wtai210013YjingH |
| 87 | https://www.amazon.com/dp/B0CQYDXZWT/ref=sr_1_207?keywords=FTOPudv&qid=1703599905&sr=8-207&th=1&psc=1 | wang141135dong030414sheng |
| 88 | https://www.amazon.com/FTOPudv-Classic-Hoodies-Fashion-Sweatshirt/dp/B0CR5NDXLB/ref=sr_1_251?keywords=FTOPudv&qid=1704125922… | Fshi250038Yke |
| 89 | https://www.amazon.com/dp/B0CR9V5D43/ref=sr_1_274?keywords=FTOPudv&qid=1704295211&sr=8-274&th=1&psc=1 | mayexin78 |
| 90 | https://www.amazon.com/Ftopudv-Sweatshirt-Clothing-Versatile-Pullover/dp/B0CR1QTCGJ/ref=sr_1_242?keywords=FTOPudv&qid=1704125922… | guozhenghuioa |
| 91 | https://www.amazon.com/ATHER-FTOPudvs-Classic-Jackets-1-Medium/dp/B0CQLNJPHG/ref=sr_1_7?keywords=FTOPudv&qid=1702993372&s%E2%80%A6 | LIhaoL |
| 92 | https://www.amazon.com/FTOPudv-Shirts-T-Shirt-Casual-Fashion/dp/B0CQLPV2CG/ref=sr_1_2?keywords=FTOPudv&qid=1702993372&sr=8-2%E2%80%A6 | diaoZHAN |
| 93 | https://www.amazon.com/LOUEN-Craftsmans-Touch-Artisan- | guǎngzhōushìzhélìmàoyìyǒuxiàngōngsī |

9

|     |                                                                                                                                                                              |                                               |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --------------------------------------------- |
|     | Jackets/dp/B0CP6HXHJ5/ref=sr_1_22?crid=23NE9GTJH3CX3&keywords=ftopudv&%E2%80%A6                                                                                              |                                               |
| 94  | https://www.amazon.com/BICOK-Sporting-Style-FTOPudvs-Collection/dp/B0CP6HK4XM/ref=sr_1_11?crid=23NE9GTJH3CX3&keywords=ftopud%E2%80%A6                                         | mianbinzhang                                  |
| 95  | https://www.amazon.com/dp/B0CP6HDQG1/ref=twister_B0CP6XN4PK?th=1&psc=1                                                                                                       | Home-Discount Store                           |
| 96  | https://www.amazon.com/BITTU-Adventure-Awaits-Explore-FTOPudvs/dp/B0CP67MNN5/ref=sr_1_30?crid=23NE9GTJH3CX3&keywords=ftopud%E2%80%A6                                          | 西咸新区秦汉新城美诚工艺品店                  |
| 97  | https://www.amazon.com/AXCAR-Versatile-Vanguard-FTOPudvs-Outerwear/dp/B0CP68L4JF/ref=sr_1_27?crid=23NE9GTJH3CX3&keywords=ft%E2%80%A6&th=1                                     | YaoLingdianzishangwushanghang                 |
| 98  | https://www.amazon.com/VECES-Signature-Sophistication-FTOPudvs-Emblematic/dp/B0CP67QRHZ/ref=sr_1_23?crid=23NE9GTJH3CX3&keyw%E2%80%A6=undefined&th=1                           | jiujiangweidahoushangmaoyouxiangongsi         |
| 99  | https://www.amazon.com/AXCAR-Cityscape-Mastery-FTOPudvs-Frontier/dp/B0CP6G7P32/ref=sr_1_25?keywords=ftopudv&qid=1701351164&sr%E2%80%A6                                        | It can be delivered in 8-12 days              |
| 100 | https://www.amazon.com/Rugged-Elegance-FTOPudvs-Jackets-Explorer/dp/B0CP6HQRFM/ref=sr_1_24?keywords=ftopudv&qid=1701351164&s%E2%80%A6                                         | zhangyingshop                                 |
| 101 | https://www.amazon.com/FTOPudv-Novelty-Abstract-Trippy-T-Shirt/dp/B0CQLNPCLB/ref=sr_1_8?keywords=FTOPudv&qid=1702993372&sr=8-8%E2%80%A6                                       | bosongyi                                      |
| 102 | https://www.amazon.com/dp/B0CPMDSY3R/ref=sr_1_199?keywords=FTOPudv&qid=1701874838&sr=8-199&th=1&psc=1                                                                         | anqingjinlingdianzishangwuyouxiangongsi547    |
| 103 | https://www.amazon.com/dp/B0CP7K9CDD/ref=sr_1_1?crid=3H28EHY2LOUXE&keywords=ftopudv&qid=1701351829&sprefix=%2Caps%2C260%E2%80%A6                                              | SMITHPOLOV                                    |
| 104 | https://www.amazon.com/FORLUZ-Nature-ExplorerS-Dream-Enthusiasts/dp/B0CPLX12PP/ref=sr_1_102?crid=WG014T5DEHV&keywords=ftopudv&qid=1702277715&sprefix=%2Caps%2C1812&sr=8-102&th=1&psc%E2%80%A6 | Saint Gerani                                  |
| 105 | https://www.amazon.com/FTOPudv-Novelty-Sweatshirt-Animation-01-XX-                                                                                                           | weifangkaitushangmaoyouxiang                  |

10

| | | |
|---|---|---|
| | Large/dp/B0CR8FQ8FN/ref=sr_1_1?keywords=ftopudv&qid=17038428%E2%80%A6 | |
| 106 | https://www.amazon.com/dp/B0CP961XCV/ref=sr_1_18?crid=AD2FI701VU4O&keywords=ftopudv&qid=1701458862&sprefix=%2Caps%2C339&%E2%80%A6 | wangjiaxuanev |
| 107 | https://www.amazon.com/gp/product/B0CQCRZQN7/ref=twister_dp_update?ie=UTF8&psc=1&redirect=true | wangzhenag |
| 108 | https://www.amazon.com/JNTECH-FTOPudvs-Urban-Edge-Redefined/dp/B0CP66RKQ1/ref=sr_1_21?keywords=ftopudv&qid=1701351164&sr=8%E2%80%A6 | Aasmust-us |
| 109 | https://www.amazon.com/TUJOBA-TechCraft-Elegance-Outerwear-Collection/dp/B0CQ1Z6V48/ref=sr_1_152?keywords=ftopudv&qid=17023685%E2%80%A6 | meikenazihalimulati |
| 110 | https://www.amazon.com/dp/B0CP7DQDWD/ref=sr_1_1?keywords=ftopudv&qid=1701351417&sr=8-1&th=1&psc=1 | yueweng |
| 111 | https://www.amazon.com/BYERZ-FTOPudvs-Hoodie-Fashion-Sweatshirt/dp/B0CPJHCP6V/ref=sr_1_41?keywords=FTOPudv&qid=1701795653&%E2%80%A6 | Plian310626JjiuQ |
| 112 | https://www.amazon.com/FTOPudv-Adults-Shirts-Fashion-Shirt-XXL/dp/B0CQ1S627J/ref=sr_1_145?keywords=ftopudv&qid=1702368589&sr=8-%E2%80%A6 | F7m0e3P4DR0l0a3nP |
| 113 | https://www.amazon.com/VECES-Signature-Sophistication-FTOPudvs-Emblematic/dp/B0CQ1W7D4V/ref=sr_1_146?keywords=ftopudv&qid=170%E2%80%A6 | 臻语卡商贸 |
| 114 | https://www.amazon.com/dp/B0CRJPJBMV/ref=sr_1_195?crid=BF07ZH94B00Z&keywords=FTOPudv&qid=1704426820&sprefix=ftopudv%2Caps%2C308&sr=8-195&th=1 | hulijunasa |
| 115 | https://www.amazon.com/dp/B0CRJ2GJR4/ref=sr_1_193?crid=BF07ZH94B00Z&keywords=FTOPudv&qid=1704426820&sprefix=ftopudv%2Caps%2C308&sr=8-193&th=1 | FengXiuJunShangMao |
| 116 | https://www.amazon.com/dp/B0CRJGVWD1/ref=sr_1_197?crid=BF07ZH94B00Z&keywords=FTOPudv&qid=1704427016&sprefix=ftopudv%2Caps%2C308&sr=8-197&th=1 | ZhangLei--SanYaMaoY |
| 117 | https://www.amazon.com/dp/B0CRKC77J8/ref=sr_1_200?keywords=FTOPudv&qid=1704431762&sr=8-200&th=1&psc=1 | shishanfeng |
| 118 | https://www.amazon.com/dp/B0CRKFKKNB/ref=sr_1_194?keywords=FTOPudv&qid=1704432632&sr=8-194&th=1&psc=1 | ZhiJiangShiLinJianRuiShangMaoYouXianGongSi |

| | | |
|---|---|---|
| 119 | https://www.amazon.com/Novelty-Fashion-Cartoon-Sweatshirt-FTOPudv/dp/B0CQP7YRVG/ref=sr_1_199?keywords=FTOPudv&qid=1704354441&refresh=1&sr=8-199&th=1&psc=1 | wangszhihao |
| 120 | https://www.amazon.com/dp/B0CQP3F8FV?th=1&psc=1 | ANGquan |
| 121 | https://www.amazon.com/BIDSNUAS-Distinctive-FTOPudvs-Fashion-Outerwear/dp/B0CQP659ZZ/ref=sr_1_14?keywords=FTOPudv&qid=1704438952&sr=8-14&th=1&psc=1 | QINchen |
| 122 | https://www.amazon.com/Gradient-Sweatshirt-Hoodies-Pullover-FTOPudv/dp/B0CQP5Q371/ref=sr_1_247?crid=2NUB11AKBYC9Y&keywords=FTOPudv&qid=1704354740&sprefix=ftopudv%2Caps%2C792&sr=8-247&th=1&psc=1 | SANYouMAO |
| 123 | https://www.amazon.com/Sweatshirt-Cropped-Fashion-FTOPudv-Novelty/dp/B0CQP4V2H9/ref=sr_1_219?keywords=FTOPudv&qid=1704355123&sr=8-219&th=1 | tongshanxianlouhangbaihuoyingyebu |
| 124 | https://www.amazon.com/Hoodies-Printed-Pullover-Sweatshirt-Black-01/dp/B0CQP866PH/ref=sr_1_152?crid=KG7WUCJ6L7M6&keywords=FTOPudv&qid=1704353911&refresh=1&sprefix=ftopudv%2Caps%2C514&sr=8-152&th=1&psc=1 | LiuZiHu |
| 125 | https://www.amazon.com/Cartoon-Pullover-Sweatshirt-Novelty-FTOPudv/dp/B0CQP7KSF7/ref=sr_1_194?keywords=FTOPudv&qid=1704354441&refresh=1&sr=8-194&th=1&psc=1 | lianggenqiangh |
| 126 | https://www.amazon.com/Gradient-Sweatshirt-Pullover-Unisex-FTOPudv-Black-01/dp/B0CQZQDHVY/ref=sr_1_166?crid=KG7WUCJ6L7M6&keywords=FTOPudv&qid=1704353911&refresh=1&sprefix=ftopudv%2Caps%2C514&sr=8-166 | liujunhui123 |
| 127 | https://www.amazon.com/Creative-Characters-Pullover-Sweatshirts-Black-001/dp/B0CQNWPJ9Y/ref=sr_1_131?keywords=FTOPudv&qid=1704353375&refresh=1&sr=8-131&th=1&psc=1 | guangzhouhuadishangmaoyouxiangongsi |
| 128 | https://www.amazon.com/FTOPudv-Printed-Sweatshirt-Pullover-Outwear/dp/B0CQZFQ5V7/ref=sr_1_172?keywords=FTOPudv&qid=1704354187&refresh=1&sr=8-172&th=1&psc=1 | judafushidian |
| 129 | https://www.amazon.com/Cartoon-Hoodies-Fashion-Sleeves- | hongyushangmaohang |

| | | |
|---|---|---|
| | Sweatshirt/dp/B0CQP79JY2/ref=sr_1_200?crid=2NUB11AKBYC9Y&keywords=FTOPudv&qid=1704354446&sprefix=ftopudv%2Caps%2C792&sr=8-200 | |
| 130 | https://www.amazon.com/FTOPudv-Printed-Pullover-Hoodies-Sweatshirt/dp/B0CQZL289G/ref=sr_1_195?crid=2NUB11AKBYC9Y&keywords=FTOPudv&qid=1704354446&sprefix=ftopudv%2Caps%2C792&sr=8-195 | 阳泉昱学商贸有限公司 |
| 131 | https://www.amazon.com/FTOPudv-Unisex-Hoodie-Sweatshirt-Printed/dp/B0CR14DG4M/ref=sr_1_171?crid=KG7WUCJ6L7M6&keywords=FTOPudv&qid=1704353911&refresh=1&sprefix=ftopudv%2Caps%2C514&sr=8-171 | FENGchao |
| 132 | https://www.amazon.com/FTOPudv-Novelty-Sweatshirt-Animation-01-XX-Large/dp/B0CQZD5LQG/ref=sr_1_212?keywords=FTOPudv&qid=1704353199&sr=8-212&th=1&psc=1 | G44-邱国伟 |
| 133 | https://www.amazon.com/FTOPudv-Novelty-Sweatshirt-Animation-01-XX-Large/dp/B0CQR3RDC6/ref=sr_1_9?keywords=FTOPudv&qid=1704354635&sr=8-9&th=1&psc=1 | G45-卢晨晨 |
| 134 | https://www.amazon.com/dp/B0CR134RWM/ref=sr_1_160?crid=1QUCC1W2PR9KA&keywords=FTOPudv&qid=1703725554&sprefix=ftopudv%2Caps%2… | G47-赵永超 |
| 135 | https://www.amazon.com/dp/B0CRHXLH7B/ref=sr_1_136?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704444117&sprefix=ftopudv%E2%80%A6 | yunchengshitanmingshangmaojingyingbu |
| 136 | https://www.amazon.com/dp/B0CRHXGW3Y/ref=sr_1_290?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704445149&sprefix=ftopud%E2%80%A6 | HuYang1995 |
| 137 | https://www.amazon.com/dp/B0CRHVGP2G/ref=sr_1_288?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704445264&sprefix=ftopud%E2%80%A6 | ZhaoWei1989 |
| 138 | https://www.amazon.com/dp/B0CRJ1KMP1/ref=sr_1_253?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704444360&sprefix=ftopudv%E2%80%A6 | laohekoushiqiaohuandianzishangwugongzuoshi |
| 139 | https://www.amazon.com/dp/B0CRKG8T3B/ref=sr_1_197?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704444834&sprefix=ftopudv%E2%80%A6 | laohekoushihuahedianzishangwugongzuoshi |
| 140 | https://www.amazon.com/dp/B0CRHT4D91/ref=sr_1_246?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704443619&sprefix=ftopudv%E2%80%A6 | XiaoHansa |
| 141 | https://www.amazon.com/dp/B0CRHTKXYB/ref=sr_1_267?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704443619&sprefix=ftopudv%E2%80%A6 | NANsheng |

| | | |
|---|---|---|
| 142 | https://www.amazon.com/dp/B0CRHQVLQQ/ref=sr_1_273?crid=2XDHTF1HFF5RF&keywords=FTOPudv%27s&qid=1704443619&sprefix=ftopud%E2%80%A6 | zhanxian |
| 143 | https://www.amazon.com/dp/B0CP88ZT9H/ref=sr_1_2?keywords=FTOPudv&qid=1704511489&sr=8-2&th=1&psc=1 | CongLongShangMao |
| 144 | https://www.amazon.com/FTOPudv-Adults-T-Shirt-Fashion-Shirt-XXL/dp/B0CPJMGL9H/ref=sr_1_201?keywords=FTOPudv&qid=1702476119&sr=8-201&th=1&psc=1 | **ZhaoMin1127** |
| 145 | https://www.amazon.com/dp/B0CPF6FWF1/ref=sr_1_47?crid=3T3DR8NDWF7B4&keywords=FTOPudv&qid=1703209701&sprefix=ftopudv%2Caps%2C1097&sr=8-47&th=1&psc=1 | LYJiaHuixiaodian |
| 146 | https://www.amazon.com/JOPLAX-T-Shirt-Fashion-Sleeves-FTOPudv/dp/B0CPWHY3ZX/ref=sr_1_121?crid=U2RC0JNSSUS9&keywords=FTOPudv&qid=1704532188&sprefix=%2Caps%2C984&sr=8-121&th=1&psc=11/2 | LiuKui132 |
| 147 | https://www.amazon.com/dp/B0CPC6V3GX?ref=myi_title_dp&th=1&psc=1 | binxinshangmaoyouxiangongsi |
| 148 | https://www.amazon.com/FRAMUN-FTOPudv-Timeless-Simplicity-Effortless/dp/B0CP8B32YP/ref=sr_1_10?keywords=FTOPudv&qid=1704529265&sr=8-10&th=1&psc=1 | YangQuanFuHanShangMaoYouXianGongSi |
| 149 | https://www.amazon.com/FTOPudv-Cartoon-Sleeved-Unique-Choice/dp/B0CPDM3524/ref=sr_1_85?keywords=FTOPudv&qid=1704527256&sr=8-85&th=1&psc=1 | linyijiashudianzishangwuyouxiangongsi |
| 150 | https://www.amazon.com/dp/B0CPD2LRV7/ref=sr_1_227?keywords=FTOPudv&qid=1703316086&sr=8-227&th=1&psc=1 | adanyiyeerbole |
| 151 | https://www.amazon.com/dp/B0CPBR7HXM?ref=myi_title_dp&th=1&psc=1 | wangfengqi |
| 152 | https://www.amazon.com/dp/B0CP8B2BVN/ref=sr_1_270?keywords=FTOPudv&qid=1704509244&sr=8-270&th=1&psc=1 | YSWRongDushangpu |
| 153 | https://www.amazon.com/dp/B0CPBQ5SZ1/ref=sr_1_49?keywords=FTOPudv&qid=1704523400&sr=8-49&th=1&psc=1 | FanFengLan |
| 154 | https://www.amazon.com/WENTOR-FTOPudv-Unisex-Fashion-T-Shirt/dp/B0CRHPHNT6/ref=sr_1_3?m=A230136RSXPKK3&marketplaceID=ATVPDKIKX0DER&qid=1704530935&s=merchant-items&sr=1-3&th=1&psc=1 | LARJinHeQianxiaodian |

| | | |
|---|---|---|
| 155 | https://www.amazon.com/INTCHE-FTOPudv-Hoodie-Pullover-Sweatshirt/dp/B0CQ22ZLVR/ref=sr_1_1?m=A1481B682DMNQG&marketplaceID=ATVPDKIKX0DER&qid=1704534871&s=merchant-items&sr=1-1&th=1&psc=1 | MengQianHuiYuShangMao |
| 156 | https://www.amazon.com/dp/B0CP8CVMWB/ref=sr_1_83?crid=HL83NYKVWSBL&keywords=ftopudv&qid=1704535819&sprefix=%2Caps%2C490&sr=8-83&th=1&psc=1 | qiuyishennong |
| 157 | https://www.amazon.com/dp/B0CRKSHBSZ/ref=sr_1_4?m=A2NENUDGPPLY5Y&marketplaceID=ATVPDKIKX0DER&qid=1704529388&s=merchant-items&sr=1-4&th=1&psc=1 1/2 | BuXunHuaShangMao |
| 158 | https://www.amazon.com/dp/B0CPSYWHZF/ref=sr_1_206?crid=309204NHQXZYA&keywords=ftopudv&qid=1702561522&sprefix=ftopudv%2Caps%2C1204&sr=8-206&th=1&psc=1 | ZUICHUDEMENGXIANG |
| 159 | https://www.amazon.com/XNINJA-FTOPudv-Unisex-Sleeve-T-Shirt-M/dp/B0CPS2CTBH/ref=sr_1_18?crid=2HJ8DLC6UWCLB&keywords=FTOPudv&qid=1704512487&sprefix=%2Caps%2C2543&sr=8-18&th=1&psc=1 | LiaoYong1977 |
| 160 | https://www.amazon.com/dp/B0CPC1P1FW/ref=sr_1_118?crid=WI6RJZQZH941&keywords=ftopudv&qid=1704534463&sprefix=%2Caps%2C400&sr=8-118&th=1&psc=1 | ZENGFANHAI |
| 161 | https://www.amazon.com/dp/B0CPHSYNTY/ref=sr_1_106?keywords=FTOPudv&qid=1704510782&sr=8-106&th=1&psc=1 | YangYongXiang1993 |
| 162 | https://www.amazon.com/ANEEZU-FTOPudvs-Sweatshirt-Collection-Outerwear/dp/B0CP9XSSBT/ref=sr_1_50?crid=1NVB9FBB72F7U&keywords=FTOPudv&qid=1704511129&sprefix=ftopudv%2Caps%2C564&sr=8-50&th=1&psc=1 | XingTaiHuFaZhangDianZiShangMaoYouXianGongSi |
| 163 | https://www.amazon.com/dp/B0CPJJG233/ref=sr_1_110?keywords=FTOPudv&qid=1704512757&sr=8-110&th=1&psc=1 | XingTaiQiZhiXiWenHuaChuanBoYouXianGongSi |
| 164 | https://www.amazon.com/dp/B0CPJGR7Q5/ref=sr_1_93?crid=5G31EKAB12WG&keywords=ftopudv&qid=1702529151&sprefix=%2Caps%2C721&sr=8-93&th=1&psc=1 | jishanxianyunlandianzishangwuyouxiangongsi |
| 165 | https://www.amazon.com/dp/B0CRN9D8DH/ref=sr_1_2?m=A2FG6CF32DZAD3&marketplaceID=ATVPDKIKX0DER&qid=1704531748&s=merchant-items&sr=1-2&th=1&psc=1 | yunchengshiyanhuquxingqingdianzishangwuyouxiangongsi |
| 166 | https://www.amazon.com/dp/B0CRPBYB4T/ref=sr_1_2?m=AAG1JH4AEPRIO&qid=1704550878&s=merchant-items&sr=1-2&th=1&psc=1 | xiaxianmubodianzishangwuyouxiangongsi |

| | | |
|---|---|---|
| 167 | https://www.amazon.com/FITTAR-Sweatshirt-Pullover-Sweaters-Halloween/dp/B0CPHNRDFH/ref=sr_1_177?crid=1NVB9FBB72F7U&keywords=FTOPudv&qid=1704512274&sprefix=ftopudv%2Caps%2C564&sr=8-177&th=1&psc=1 | jishanxianzhifengshangmaoyouxiangongsi |
| 168 | https://www.amazon.com/dp/B0CPC1CJM2/ref=sr_1_34?crid=2MWVT8SQXVTOV&keywords=ftopudv&qid=1704535318&sprefix=%2Caps%2C865&sr=8-34&th=1&psc=1 | lizhemaoyiyouxiangongsi |
| 169 | https://www.amazon.com/dp/B0CP6WKYTF?ref=myi_title_dp&th=1&psc=1 | dfgfgr876ggtg |
| 170 | https://www.amazon.com/ESENTL-T-Shirt-Fashion-Sleeves-FTOPudv/dp/B0CQZBYTVD/ref=sr_1_2?m=A3MTJ4S18NSJJS&marketplaceID=ATVPDKIKX0DER&qid=1704531442&s=merchant-items&sr=1-2&th=1&psc=1 | ZhangChenHan |
| 171 | https://www.amazon.com/FITSEN-Rugged-Elegance-FTOPudvs-Explorer/dp/B0CPHTJ339/ref=sr_1_104?keywords=FTOPudv&qid=1702027614&sr=8-104&th=1&psc=1 | wenxixianruiqidianzishangwultd |
| 172 | https://www.amazon.com/dp/B0CPHRRQT6/ref=sr_1_270?keywords=FTOPudv&qid=1704523770&sr=8-270&th=1&psc=1 | LiuYuanCai1974 |
| 173 | https://www.amazon.com/dp/B0CPJGP1BF/ref=sr_1_2?m=A2W1L5PQ8CKB36&marketplaceID=ATVPDKIKX0DER&qid=1704527557&s=merchant-items&sr=1-2&th=1&psc=1 | yunchengshijinlongkejiyouxiangongsi |
| 174 | https://www.amazon.com/IUXTI-Mens-weekend-casual-pullover/dp/B0CP8CZPKH/ref=sr_1_20?keywords=FTOPudv&qid=1704512293&sr=8-20&th=1&psc=1 | shanxikaiguonafukejiyouxiangongsi |
| 175 | https://www.amazon.com/KAROYD-FTOPudv-Casual-T-Shirt-Shirt-S/dp/B0CPHN89GV/ref=sr_1_41?crid=2HJ8DLC6UWCLB&keywords=FTOPudv&qid=1704512487&sprefix=%2Caps%2C2543&sr=8-41&th=1&psc=1 | XuXiangDong1996 |
| 176 | https://www.amazon.com/Lights-Fashion-FTOPudvs-Crewneck-Purple/dp/B0CPS5KC3H/ref=sr_1_107?keywords=FTOPudv&qid=1704510782&sr=8-107&th=1&psc=1 | KLBuanYiJiaxiaodian |
| 177 | https://www.amazon.com/CHROX-polyester-breathable-comfortable-elastic-XXL/dp/B0CPVLHG9L/ref=sr_1_3?m=A3C5F26CB2DUW8&marketplaceID=ATVPDKIKX0DER&qid=1704535518&s=merchant-items&sr=1-3&th=1&psc=1 | ChenZhaiShangMaoYouXianGongSi |
| 178 | https://www.amazon.com/IPUDIS-Hoodies-FTOPudvs-Sweatshirts-Pullover/dp/B0CPJFRPTR/ref=sr_1_229?keywords=FTOP | wanrongxianmingxiashangmaoyouxiangongsi |

|   |   |   |
|---|---|---|
|   | udv&qid=1704512725&sr=8-229&th=1&psc=1 |   |
| 179 | https://www.amazon.com/Personality-Cutting-Edge-Fashion-Recommended-FTOPudv/dp/B0CPFCWRDL/ref=sr_1_70?keywords=FTOPudv&qid=1704529863&sr=8-70&th=1&psc=1 | XingTaiGeQiaoShangMaoYouXianGongSi |
| 180 | https://www.amazon.com/ITOMEN-FTOPudvs-Hoodie-Pullover-Everyday/dp/B0CPJFJH8J/ref=sr_1_185?crid=1O6ZHH2GRWQSE&keywords=FTOPudv&qid=1701956441&sprefix=ftopudv%2Caps%2C250&sr=8-185&th=1&psc=1 | yunchengshiyanhuqushuaiyuedianzishangwultd |
| 181 | https://www.amazon.com/dp/B0CQLZ64JY/ref=sr_1_199?keywords=FTOPudv&qid=1703059726&sr=8-199&th=1&psc=1 | Merlin To |
| 182 | https://www.amazon.com/IHIPPO-FTOPudvs-Classic-Jackets-Hoodies/dp/B0CPGHC7F5/ref=sr_1_7?crid=3AXL6JYKFHPAY&keywords=ftopudv&qid=1704508716&sprefix=%2Caps%2C273&sr=8-7&th=1&psc=1 | yunchengshiyanhuquluboshangmaoyouxiangongsi |
| 183 | https://www.amazon.com/dp/B0CP7R9Z82/ref=sr_1_21?crid=17N23DWT5CLVE&keywords=FTOPudv&qid=1701402616&sprefix=ftopudv%2Caps%2C260&sr=8-21&th=1&psc=1 | mabinbin store |
| 184 | https://www.amazon.com/sqfmi-Sporting-Style-FTOPudvs-Collection/dp/B0CR3MQT59/ref=sr_1_196?crid=3J60MSD9PYKVR&keywords=FTOPudv&qid=1704462864&sprefix=ftopudv%2Caps%2C349&sr=8-196&th=1&psc=1 | S229 |
| 185 | https://www.amazon.com/grlk-Sporting-Style-FTOPudvs-Collection/dp/B0CR3TL156/ref=sr_1_136?crid=LNDZQQABI8J4&keywords=FTOPudv&%E2%80%A6=undefined&th=1&psc=1 | changshaS235 |
| 186 | https://www.amazon.com/dp/B0CP99XVVQ/ref=olp-opf-redir?aod=1&condition=all&colid=3UBHEXSH04EPF&coliid=I3AMIGYLWH76G0&ref_=lis%E2%80%A6&th=1 | yangyanvr |
| 187 | https://www.amazon.com/zekolo-FTOPudvs-Athletic-Elegance1-Small/dp/B0CRHDNCR2/ref=sr_1_1?keywords=FTOPudv&qid=1704358205&sr%E2%80%A6 | **zhijiangshishuqueshangmaoyouxiangongsi** |
| 188 | https://www.amazon.com/dp/B0CRKZQBHS/ref=sr_1_1?keywords=B0CRKZQBHS&qid=1704454504&sr=8-1&th=1&psc=1 | zhouguibeihuo |
| 189 | https://www.amazon.com/dp/B0CP9DGS76/ref=twister_B0CP9CDHRP | hanjunweive |
| 190 | https://www.amazon.com/FTOPudv-Lights-Fashion-FTOPudvs- | **foshanshiliuxuandedianzishangwuyouxiangongsi** |

17

| | | |
|---|---|---|
| | Nights/dp/B0CP9DGZWK/ref=sr_1_20?crid=24VF600JE56RT&keywords=FTOPu%E2%80%A6 | |
| 191 | https://www.amazon.com/BXJIRDCIP-Effortless-Edge-Distinctive-black2-XX-Large/dp/B0CPF3PVXG/ref=sr_1_17?crid=1ZTBSTLDCFI1C&keyw%E2%80%A6 | zihanStore |
| 192 | https://www.amazon.com/CBDZEN-FTOPudvs-Adventure-Awaits-Outerwear/dp/B0CPF2ZJQC/ref=sr_1_2?crid=2LE1CDSAD6E1V&keywords=ft%E2%80%A6 | GuangZhouTanDanShangMaoYouXianGongSi |
| 193 | https://www.amazon.com/Qav-FTOPudv-Fashionable-Pullover-Sweatshirt/dp/B0CQZJKN9P/ref=sr_1_7?crid=3P09XQ5FR9SHB&keywords=ftop%E2%80%A6 | wangruihao23 |
| 194 | https://www.amazon.com/Drawstring-FTOPudvs-Pullover-Sleeves-Pockets-1-S/dp/B0CQZJD2V2/ref=sr_1_8?crid=25XLCS1XPI38X&keywords=ft%E2%80%A6 | feisy |
| 195 | https://www.amazon.com/dp/B0CRKTXPW7/ref=sr_1_1?keywords=B0CRKTXPW7&qid=1704461229&sr=8-1&th=1&psc=1 | zhijiangshianpishangmaoyouxiangongsi |
| 196 | https://www.amazon.com/FTOPudv-Mens-weekend-casual-pullover/dp/B0CP99PGC2/ref=sr_1_24?keywords=FTOPudv&qid=1701681081&sr=8-%E2%80%A6 | ZhuRuiJieAnQingHuiKaShangMaoYou |
| 197 | https://www.amazon.com/dp/B0CRKQM4H3 | Guelasry |
| 198 | https://www.amazon.com/dp/B0CRKKHL92 | SIYIHW Store |
| 199 | https://www.amazon.com/dp/B0CRKQPKSB | Losiaue |
| 200 | https://www.amazon.com/dp/B0CRKRW7QM | STFUNIUS |
| 201 | https://www.amazon.com/dp/B0CRKFCK5Y | Olpsokemf |
| 202 | https://www.amazon.com/dp/B0CRL5LCBF | FARANDINES |
| 203 | https://www.amazon.com/dp/B0CRNZ4LPD | Roplmklomn |
| 204 | https://www.amazon.com/dp/B0CRP7R46Q | Tomeadper |